EX PARTE EUGENE MARLIN.

No. 4772.   Decided October 17, 1917.

**Habeas Corpus—Bail—Practice on Appeal.**

Where relator was charged with murder and denied bail, this court without discussing the facts or giving the reasons for its conclusion is of opinion that the relator is entitled to bail.

Appeal from the District Court of Falls. Tried below before the Hon. W. A. Patrick.

Appeal from a habeas corpus proceeding, denying relator bail.

The opinion states the case.

*Nat Llewellyn, Joe Taylor,* and *W. W. Hair,* for appellant.—Cited Ex parte Locklin, 72 S. W. Rep., 585; Ingram v. State, 78 Texas Crim. Rep., 559, 182 S. W. Rep., 306.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Relator was charged with murder. Upon the hearing of his application for writ of habeas corpus he was denied bail.

We have read the record, and without discussing the facts, or giving the reasons for our conclusion, we are of opinion relator is entitled to bail. The judgment is, therefore, reversed and bail is fixed in the sum of $10,000, the bond to be taken and approved by the sheriff of Falls

County in that amount, upon the execution of which bond in the terms of the law relator will be discharged from custody.

*Bail granted.*